UNITED STATES of America,
Plaintiff–Appellee

v.

Eduardo ARMENDARIS–RAMOS, also known as Miguel Lara–Rodriguez,
Defendant–Appellant.

No. 12–10667
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 19, 2013.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before KING, CLEMENT, and HAYNES, Circuit Judges.

---

PER CURIAM: *

Appealing the judgment in a criminal case, Eduardo Armendaris–Ramos raises an argument that he concedes is foreclosed by *United States v. Newson,* 515 F.3d 374, 377–78 (5th Cir.2008), which held that the district court may not award an additional one-level reduction under U.S. Sentencing Guidelines Manual § 3E1.1(b) absent a motion from the Government and that the Government may decline to move for the reduction based on the defendant's refusal to waive his right to appeal. Accordingly, the Government's motion for summary affirmance is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

